# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2595
LT Case No. 2009-CF-005107-A

_____

ANTHONY VIRGINIA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Anthony Virginia, Bowling Green, pro se.

No Appearance for Appellee.

January 9, 2024


PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————